HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL LORRAINE TUCKER,

    Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 3:20-cv-05537-RAJ

ORDER

The Court has reviewed Plaintiff Carol Lorraine Tucker's motion requesting that the undersigned judge recuse from this case. Dkt. # 38. In accordance with this District's Local Rule 3(f), the undersigned judge has reviewed the submission and declines to voluntarily recuse from this action. In accordance with Rule 3(f), the clerk is directed to refer the motion to the Honorable Ricardo S. Martinez in his capacity as the Chief Judge of the United States District Court for the Western District of Washington.

DATED this 14th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1