Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL LORRAINE TUCKER,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>     Defendant. | No. 3:20-cv-05537-RAJ<br><br>ORDER OF DISMISSAL |

  On December 21, 2020, the Court entered a minute order requiring Plaintiff to show cause no later than December 28, 2020, why this matter should not be dismissed without prejudice based on Plaintiff's failure to comply with the Court's Order Regarding FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report. Dkt. # 57.

  On December 28, 2020, Plaintiff filed a response to the minute order to show cause, which response the Court finds deficient in addressing Plaintiff's failure to comply with the Court's initial case scheduling order. To date, Plaintiff has refused to participate in an FRCP 26(f) conference, has not exchanged initial disclosures with Defendant, and has not participated in

submission of a Joint Status Report as required by the Court. Accordingly, this matter is **DISMISSED** without prejudice for want of prosecution.

DATED this 6th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 2